**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Larry Eugene STUTSON,
Defendant-Appellant.**

No. 16-6350

United States Court of Appeals,
Tenth Circuit.

Filed March 31, 2017

---

Steven W. Creager, Arvo Q. Mikkanen, Office of the United States Attorney, Western District of Oklahoma, Oklahoma City, OK, for Plaintiff-Appellee

Susan M. Otto, Federal Public Defender, Kyle Wackenheim, Office of the Federal Public Defender, Western District of Oklahoma, Oklahoma City, OK, for Defendant-Appellant

Before KELLY, MATHESON, and PHILLIPS, Circuit Judges.

## ORDER RESCINDING CERTIFICATE OF APPEALABILITY

Per Curiam

This matter comes on for consideration of the government's *Motion to Withdraw or Rescind Certificate of Appealability and Dismiss Appeal* and the defendant's response. Upon consideration thereof, the motion is granted.

On February 15, 2017, this court granted a certificate of appealability as to "Whether enforcement of a collateral attack waiver to prevent a constitutional challenge to a sentence enhanced under the now-void residual clause of the United States Sentencing Commission Guidelines would result in a miscarriage of justice."

The government argues in its motion that because *Beckles v. United States*, —— U.S. ——, 137 S.Ct. 886, 197 L.Ed.2d 145 (2017), held that the Guidelines are not unconstitutionally vague under *Johnson v. United States*, —— U.S. ——, 135 S.Ct. 2551, 192 L.Ed.2d 569 (2015), it undercuts the rationale for granting COA in this case. The defendant agrees.

In light of *Beckles*, we conclude that the aforementioned certificate of appealability was improvidently granted. We **RESCIND** the certificate of appealability issued on February 15, 2017, and **DISMISS** this appeal.